UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA SULTANIS, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION PETFOODS USA INC. and CHAMPION PETFOODS LP,<br><br>Defendants. | Case No. 3:21-cv-162 |

**DECLARATION OF PATRICIA SULTANIS**

I, Patricia Sultanis, declare as follows:

1. I am a named plaintiff in the above-captioned litigation.

2. I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

3. If called as a witness I could and would competently testify to the matters included herein.

4. I reside in Walnut Creek, California.

5. I am informed and believe that venue is proper in this Court under California Civil Code 1780(d) because the Defendants are doing business in this District, and a substantial portion of the transactions at issue occurred in this District, including my purchase of the product at issue.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration was executed on January 5, 2021 in Walnut Creek, California.


Patricia Sultanis (Jan 6, 2021 11:54 PST)

Patricia Sultanis

# Sultanis - CLRA Venue Declaration

Final Audit Report                                                                                           2021-01-06

| | |
|---|---|
| Created: | 2021-01-05 |
| By: | Jordon Crowe (jordon@whitfieldbryson.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAACraCmkUpupQwYPRyOXrPvl-Qn_FBwyiJ |

## "Sultanis - CLRA Venue Declaration" History

📄 Document created by Jordon Crowe (jordon@whitfieldbryson.com)
2021-01-05 - 9:38:45 PM GMT- IP address: 107.13.160.42

✉️ Document emailed to Patricia Sultanis (trishdab@msn.com) for signature
2021-01-05 - 9:39:59 PM GMT

📄 Email viewed by Patricia Sultanis (trishdab@msn.com)
2021-01-05 - 9:43:29 PM GMT- IP address: 174.194.128.107

✍️ Document e-signed by Patricia Sultanis (trishdab@msn.com)
Signature Date: 2021-01-06 - 7:54:01 PM GMT - Time Source: server- IP address: 174.194.128.107

✅ Agreement completed.
2021-01-06 - 7:54:01 PM GMT

Adobe Sign